# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

RETAIL ENERGY ADVANCEMENT LEAGUE, *et al.*,

     Plaintiffs,

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland, *et al.*,

     Defendants.

Civil Action No. 1:24-cv-2820

## <u>ORDER</u>

Upon consideration of the Joint Motion to Stay Case Pending Appeal (ECF No. 27) filed by Plaintiffs Retail Energy Advancement League and Green Mountain Energy Company along with Defendants Anthony G. Brown, Frederick H. Hoover, Michael T. Richard, Kumar P. Barve, and Bonnie A. Suchman (collectively, the "Parties"), and for good cause shown, it is hereby **ORDERED**:

That the Joint Motion is **GRANTED**;

That all proceedings in this case are **STAYED** until thirty days after the U.S. Court of Appeals for the Fourth Circuit issues its mandate in Plaintiffs' appeal of the Court's November 18, 2024 order denying their Motion for Preliminary Injunction; and

That the Parties shall file a joint status report within fourteen days after the Fourth Circuit issues its mandate in Plaintiffs' appeal to propose three mutually agreeable dates and times for the Court to hold a status conference after the case is unstayed to address how, in light of the Fourth Circuit's decision, the case will proceed and to establish any necessary filing deadlines and briefing schedules.

1

It is so **ORDERED** this 17th day of December 2024.

/s/

Julie R. Rubin
United States District Judge
