**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

RETAIL ENERGY ADVANCEMENT LEAGUE, *et al.*,

    Plaintiffs,

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland, *et al.*,

    Defendants.

Civil Action No. 1:24-cv-2820-JRR

## <u>ORDER</u>

Pursuant to the mandate of the United States Court of Appeals for the Fourth Circuit, *see* ECF No. 35, it is hereby:

**ORDERED** that Defendants and their officers, agents, employees, contractors, and attorneys, and all persons in active concert or participation with them, are **PRELIMINARILY ENJOINED**, pending final determination of this action, from implementing, enforcing, or otherwise carrying out Section 7-707(c) of the Maryland Public Utilities Code.

It is so **ORDERED** this 22nd day of June 2026.

    /s/ _____
The Honorable Julie R. Rubin
United States District Judge